THE LAW FIRM OF

# CÉSAR DE CASTRO, P.C.

ATTORNEY AT LAW

The District
111 Fulton Street - 602
New York, New York 10038
631.460.3951 Office
646.285.2077 Mobile
646.839.2682 Fax
cdecastro@cdecastrolaw.com
cdecastrolaw.com

May 1, 2026

*Via* ECF

The Honorable Jeannette A. Vargas
United States District Judge
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:    *United States v. Gerard Gayle,* 25 Cr. 397 (JAV)

Dear Judge Vargas,

We write, with the consent of the government, to respectfully request an adjournment of Mr. Gayle's sentencing.  This is his first request for an adjournment of sentencing.

Mr. Gayle is currently scheduled to be sentenced on May 15, 2026.  The additional time will allow the defense to obtain additional information relevant to sentencing and prepare his sentencing memorandum.  We are currently awaiting some materials from Mr. Gayle's family and/or friends.  Accordingly, we request that the Court adjourn Mr. Gayle's sentencing to June 3, 5, 11, 16, or 19, 2026, if the Court is available.

Respectfully submitted,

/s/

César de Castro

cc:    All parties (*via* ECF).

The Defendant's request for an adjournment of sentencing is GRANTED. The sentenciong previously set for May 15, 2026 is adjourned to June 16, 2026 at 2:30 pm. The Clerk of Court is directed to terminate ECF No. 44.

SO ORDERED.

Dated: May 5, 2026

JEANNETTE A. VARGAS
United States District Judge

1